UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PLAMEN DIMITROV, <br> YORDANKA E. MUTAFCHIEVA, <br><br> Plaintiffs, <br><br> vs. <br><br> HOWARD W. BULLINGTON, <br><br> Defendant. | No. 2:16-cv-00069-MJD-JMS |

## ORDER ON AUGUST 8, 2016, SETTLEMENT CONFERENCE

Parties appeared in person and by counsel August 8, 2016, for a settlement conference. Settlement discussions were held and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 28 days.

Date: 8/9/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email