UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

PLAMEN DIMITROV and )
YORDANKA E. MUTAFCHIEVA, )
                                       )
        Plaintiffs,         )
                                       )   CASE NO. 2:16-CV-00069-JMS-MJD
vs.                              )
                                       )
HOWARD W. BULLINGTON, )
                                     )
        Defendant.   )

## JOINT STIPULATION OF DISMISSAL

Pursuant to the parties' August 8, 2016 settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: August 13, 2016

Respectfully submitted:

Ralph W. Briscoe, Attorney for Plaintiffs

/s/ Ralph W. Briscoe
Law Office of
Ralph William Briscoe, Ltd
346 N. Northwest Highway,
Palatine, IL 60067
(847) 305-3566
(847) 241-0744 fax
Attorney No. 6307680
rb@rbriscoelaw.com

/s/ Kimberly A. Shriver
Attorney for Defendant
METZGER ROSTA LLP
32 South 9tth Street,
Noblesville, IN 46060
(317) 219-4606
(317) 773-5077 fax
Attorney No. 23992-49
Kim@MetzgerRosta.com